PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl Fessenden SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Angil Morris-Jones, County Counsel
County of Yuba
915 8th Street, Suite 111
Marysville, CA 95901
TEL: (530) 749-7570
FAX: 749-7513
Attorneys for Plaintiff
County of Yuba

BENJAMIN B. WAGNER
United States Attorney
SYLVIA QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: 916.554.2740
ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

YUBA COUNTY,

Plaintiff,

v.

UNITED STATES OF AMERICA AND THE U.S. POSTAL SERVICE,

Defendants.

_______________________________________/

Case No. 2:10 CV-01525-JAM-KJM

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YUBA COUNTY and Defendants UNITED STATES OF AMERICA AND THE U.S. POSTAL SERVICE, by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: 10/10/10

By /s/ Carl L. Fessenden
Carl L. Fessenden
Angil Morris Jones
Attorney for Plaintiff YUBA COUNTY

Dated: 10/20/10

By /s/ Sylvia Quast (as authorized on 10/20/10)
Benjamin B. Wagner
Sylvia Quast
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: October 21, 2010

/s/ John A. Mendez
United States District Court Judge
Eastern District of California